UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL JACKSON,<br>    Plaintiff,<br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-01237-GSA<br><br>STIPULATION FOR REMAND |

## STIPULATION FOR REMAND

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between Plaintiff and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded on an open record for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: June 25, 2021 | | /s/ *Jonathan Pena**<br>JONATHAN PENA<br>Attorney for Plaintiff<br>*as authorized via e-mail on June 25, 2021 |
| Dated: June 25, 2021 | | PHILIP A. TALBERT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | /s/ *Carol S. Clark*<br>CAROL S. CLARK<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that this matter be remanded to the Commissioner for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is DIRECTED to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **June 25, 2021**           **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE